```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

LOURDES RODRIGUEZ,              )
                                )
              Plaintiff,        )           4:07CV3164
                                )
     v.                         )
                                )
CARGILL MEAT SOLUTIONS,         )              ORDER
                                )
              Defendant.        )
                                )
```

　　IT IS ORDERED:

　　Defendant's motion for time, filing 14, is granted and defendant is given through January 25, 2008 to respond to plaintiff's Request for Production of Documents and First Set of Interrogatories.

　　DATED this 9th day of January, 2008.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　United States Magistrate Judge