```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LOURDES RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3164 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL MEAT SOLUTIONS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference that was previously set for January 8, 2008 is rescheduled to January 17, 2008 at 10:00 a.m.

The call shall be initiated by counsel for either plaintiff or defendant.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge