```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

LOURDES RODRIGUEZ,            )
                              )
              Plaintiff,      )        4:07CV3164
                              )
         v.                   )
                              )             AMENDED
CARGILL MEAT SOLUTIONS,       )              ORDER
                              )
              Defendant.      )
                              )
```

IT IS ORDERED:

The Rule 16 telephone planning conference that was previously set for January 8, 2008 is rescheduled to January 22, 2008 at 1:00 p.m.

The call shall be initiated by counsel for either plaintiff or defendant.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge