```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

LOURDES RODRIGUEZ,              )
                                )
              Plaintiff,        )          4:07CV3164
                                )
      V.                        )
                                )
CARGILL MEAT SOLUTIONS,         )             ORDER
                                )
              Defendant.        )
                                )
```

The motion to withdraw filed by Brian L. Campbell, as counsel of record for defendant Cargill Meat Solutions, filing 30, is granted.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge